# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

    Defendants.

Case No. 2:17-cv-00325-MMD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Removal from Electronic Service List (ECF No. 45), filed on October 10, 2017.

Counsel for Plaintiff requests that Russell Burke, Esq. be removed as attorney of record for Plaintiff. Counsel indicates that Mr. Burke's withdrawal will not delay or prejudice the proceedings in this matter because Plaintiff will continue to be represented by attorneys Abran E. Vigil, Lindsay Demaree, Maria Gall, and Kyle Ewing of Ballard Spahr LLP. The Court finds that counsel has provided good cause to justify granting Mr. Burke's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Removal from Electronic Service List (ECF No. 45) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Russell Burke, Esq. from the CM/ECF service list in this case.

DATED this 11th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge