Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
Maria A. Gall, Esq.
Nevada Bar No. 14200
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
demareel@ballardspahr.com
gallm@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national association<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TUSCALANTE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; LENNARD LOPEZ, an individual; MICHELLE BOADO-LOPEZ, an individual.<br><br>Defendants. | Case No. 2:17-CV-00325-MMD-GWF<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., TUSCALANTE HOMEOWNERS' ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 12, 2018** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; LENNARD LOPEZ, an individual; MICHELLE BOADO-LOPEZ, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

1    Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant

2 JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant

3 SFR Investments Pool 1, LLC ("SFR"), and Defendant Tuscalante Homeowners'

4 Association ("Tuscalante") (collectively, the "Parties"), through their respective

5 attorneys, stipulate as follows:

6    1.    This action concerns title to real property commonly known as 10140

7 Velvet Moon Court in Las Vegas, Nevada (the "Property") following a homeowner's

8 association foreclosure sale conducted on May 3, 2013, with respect to the Property.

9    2.    As it relates to the Parties, a dispute arose regarding that certain Deed

10 of Trust recorded against the Property in the Official Records of Clark County,

11 Nevada as Instrument Number 20080421-0003730 ("Deed of Trust") and, in

12 particular, whether the Deed of Trust continues to encumber the Property.

13    3.    With respect to this dispute, the Parties have entered into confidential

14 settlement agreements pursuant to which Chase shall record a full reconveyance of

15 the Deed of Trust in the Official Records of Clark County, Nevada, constituting a full

16 release and discharge of the Deed of Trust.

17    4.    The Parties to this Stipulation have settled and agreed to release their

18 respective claims, and further agreed that the claims between them, including the

19 Complaint and Counterclaim, shall be DISMISSED with prejudice.

20    5.    As neither Lennard Lopez, nor Michelle Boado-Lopez appeared in this

21 action, Chase hereby voluntarily dismisses its claims against them pursuant to Fed.

22 R. Civ. P. 41(a)(1)(A)(i).

23    6.    This Stipulation in no way affects SFR's cross-claim against Lennard

24 Lopez or Michelle Boado-Lopez.

25    7.    The Parties further stipulate and agree that the two Lis Pendens

26 recorded against the Property in the Official Records of Clark County, Nevada, as

27 Instruments Number 20131202-0001569 and 20170331-0003223 be, and the same

28 hereby are, EXPUNGED.

2

DMWEST #18167325 v2

8.    The Parties further stipulate and agree that the $500 in security costs posted by Chase on June 15, 2017 pursuant to this Court's Order [ECF No. 24] shall be discharged and released to the Ballard Spahr LLP Trust Account.

9.    The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

10.    The Parties further agree to lift the stay entered March 12, 2018 [ECF No. 57];

11.    This case shall remain open until such time as SFR resolves its pending cross-claim against Lennard Lopez and Michelle Boado-Lopez; and

*(Remainder of Page Intentionally Left Blank)*

DMWEST #18167325 v2

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

12. Each party in this case number 2:17-CV-00325-MMD-GWF shall bear its own attorneys' fees and costs.

Dated: October 30, 2018

BALLARD SPAHR LLP

By:  /s/ Kyle A. Ewing
  Abran E. Vigil
  Nevada Bar No. 7548
  Lindsay Demaree
  Nevada Bar No. 11949
  Maria A. Gall, Esq.
  Nevada Bar No. 14200
  Kyle A. Ewing, Esq.
  Nevada Bar No. 14051
  1980 Festival Plaza Drive, Suite 900
  Las Vegas, Nevada 89135

*Attorneys for JPMorgan Chase Bank, N.A.*

LEACH KERN GRUCHOW
ANDERSON SONG

By:  /s/ T. Chase Pittsenbarger
  Sean L. Anderson
  Nevada Bar No. 7259
  T. Chase Pittsenbarger
  Nevada Bar No. 13740
  2525 Box Canyon Drive
  Las Vegas, Nevada 89128

*Attorneys for Tuscalante Homeowners' Association*

KIM GILBERT EBRON

By:  /s/ Jacqueline A. Gilbert
  Diana S. Ebron
  Nevada Bar No. 10580
  Jacqueline A. Gilbert
  Nevada Bar No. 10593
  Karen Hanks
  Nevada Bar No. 9578
  7625 Dean Martin Dr., Suite 110
  Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 30, 2018

4

DMWEST #18167325 v2