Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br>Plaintiff, <br><br>vs. <br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TUSCALANTE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; LENNARD LOPEZ, an individual; MICHELLE BOADO-LOPEZ, an individual, <br><br>Defendant. | Case No. 2:17-cv-00325-MMD-GWF <br><br>**STIPULATION AND ORDER DISMISSING LENNARD LOPEZ AND MICHELLE BOADO-LOPEZ WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br>Counterclaimant/Cross-Claimant, <br><br>vs. <br><br>JPMORGAN CHASE BANK, N.A; LENNARD LOPEZ, an individual; MICHELLE BOADO-LOPEZ, an individual, <br><br>Counter/Cross Defendant. | |

Cross-Defendants LENNARD LOPEZ and MICHELLE BOADO-LOPEZ ("the Lopezes") stipulate and agree that they no longer have any interest, ownership or otherwise, in

- 1 -

the real property commonly known as **10140 Velvet Moon Court, Las Vegas, Nevada 89178; Parcel No. 176-27-312-032** ("Property"). The Lopezes have been informed that the Property was sold on May 3, 2013 by the foreclosure sale conducted by Nevada Association Services, Inc. ("NAS"), agent for Tuscalante ("the Association"). The Lopezes further stipulate and agree that they will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201305070000940 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC and the Lopezes stipulate and agree that the Lopezes shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

Dated this 4th day of December 2018.

**KIM GILBERT EBRON**

/s/ Jacqueline A. Gilbert
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 3rd day of December 2018.

**LENNARD LOPEZ**

LENNARD LOPEZ
421 Goodwin Street
Tracy, CA 95391
*Cross-Defendant*

**MICHELLE BOADO-LOPEZ**

MICHELLE BOADO-LOPEZ
421 Goodwin Street
Tracy, CA 95391
*Cross-Defendant*

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendants LENNARD LOPEZ and MICHELLE BOADO-LOPEZ shall

...

...

...

*CONTINUED TO NEXT PAGE*

- 2 -

be dismissed from this action without prejudice, each party to bear their own fees and costs.

DATED this 6th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

/s/ Jacqueline A. Gilbert
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*